# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2015

150549(95)

ANDREW J. PERUN, JR.,
      Plaintiff-Appellant,

v

TROTT & TROTT, P.C., and CITIMORTGAGE,
INC.,
      Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150549
COA: 315191
Macomb CC: 2012-004203-CK

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing a supplement in support of the application for leave to appeal is GRANTED IN PART. The supplement will be accepted as timely filed if submitted on or before June 30, 2015, not July 30, 2015 as requested.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2015

